**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA COOKSLEY, | Case No.: 2:26-cv-01729-APG-MDC |
| Plaintiff | **Order Remanding Case** |
| v. | [ECF No. 11] |
| DRINK HERE LLC, et al., | |
| Defendants | |

I ordered defendants Drink Here LV LLC and Drink Here LLC to show cause why this case should not be remanded for lack of subject matter jurisdiction. ECF No. 7.  Plaintiff Maria Cooksley thereafter moved to remand, arguing that removal was improper because of the forum defendant rule. ECF No. 11.  Cooksley requests attorney's fees for having to respond to the removal. ECF No. 11 at 5.  The Drink Here defendants responded to my order to show cause by conceding that they are Nevada citizens and that remand is appropriate. ECF No. 14.  I therefore remand this case.

As for requiring the Drink Here defendants to pay attorney's fees, an "order remanding the case may require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal." 28 U.S.C. § 1447(c).  "Absent unusual circumstances, courts may award attorney's fees under § 1447(c) only where the removing party lacked an objectively reasonable basis for seeking removal." *Martin v. Franklin Cap. Corp.*, 546 U.S. 132, 141 (2005).

It appears the defendants had no objectively reasonable basis for removal.  They know the citizenship of their members and thus should have realized there was no basis for removal under diversity jurisdiction.  Consequently, I likely will grant Cooksley's request for attorney's

fees.  However, because the Drink Here defendants have not yet had a chance to respond to Cooksley's motion and request for fees, I will afford them the opportunity to object to a fee award.

Cooksley will calculate her fees and costs incurred in connection with the removal and provide those to the Drink Here defendants along with supporting documentation by July 8, 2026.  If the parties reach an agreement on those amounts, they will file a stipulation by July 14. If not, then Cooksley will file her notice of fees and costs by July 15 and the defendants will file their opposition, including any arguments and authorities why fees and costs should not be awarded, by July 21.  The plaintiff may file a reply by July 28.

I THEREFORE ORDER that plaintiff Maria Cooksley's motion to remand **(ECF No. 11) is GRANTED**.  This case is remanded to the state court from which it was removed for all further proceedings.  The clerk of court is instructed to close this case.

DATED this 29th day of June, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE